■ DANIEL R. HODGE, Appellant, v ANTHONY P. LORUSSO, as Family Court Judge, et al., Respondents. (Appeal No. 2.)— Order unanimously affirmed without costs. Same Memorandum as in *Hodge v LoRusso* ([appeal No. 1] 181 AD2d 1009 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Settle Record on Appeal.) Present— Boomer, J. P., Pine, Lawton, Davis and Doerr, JJ.

■ BISONITE Co., INC., Appellant, v EASTERN COATINGS CORPORATION et al., Respondents.—Order and judgment unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Rath, Jr., J. (Appeal from Order and Judgment of Supreme Court, Erie County, Rath, Jr., J.—Dismiss Complaint.) Present—Boomer, J. P., Pine, Lawton, Davis and Doerr, JJ.